EUGENE T. SHARKEY, RESPONDENT, v. COUNTY OF HUDSON, APPELLANT.

Submitted January 15, 1946—Decided April 30, 1946.

Before Case, Chief Justice, and Justices Parker and Oliphant.

For the appellant, *Thomas J. Armstrong* (*J. Emil Walscheid,* on the brief).

For the respondent, *Eugene T. Sharkey* in *pro per.*

Per Curiam.

The judgment is affirmed, for the reasons stated in the full and careful opinion of Judge Roberson in the Common Pleas in the companion case of *Warren* v. *County of Hudson,* and printed in 23 *N. J. Mis. R.* 252.